PROB 12A
(7/93)

# United States District Court

for

## District of Guam

### Report on Offender Under Supervision

**FILED**

DISTRICT COURT OF GUAM

OCT 17 2006

MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Sabino Ayuyu**          Case Number: **MJ 04-00024-002**

Name of Sentencing Judicial Officer:      U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:       March 29, 2005

Original Offense:       Count I: Unlawful Taking of Wildlife, in violation of 16 U.S.C. §3372(a)(3)(A) and 18 U.S.C. §§7(3) and 13.

Count II: Entering Military Property, in violation of 18 U.S.C. §1382.

Original Sentence:       A two-year term of probation with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance. The drug condition, however, was suspended based on the Court's determination that the defendant posed a low risk of future substance abuse; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; pay a $20 special assessment fee; and pay $50 fine.

Type of Supervision: Probation          Date Supervision Commenced: March 29, 2005

## NONCOMPLIANCE SUMMARY

Violation Number        Nature of Noncompliance

The defendant failed to follow the instructions of the probation officer.

**ORIGINAL**

On August 30, 2006, Mr. Ayuyu's ex-girlfriend, Rose Mafnas, contacted the Probation Officer and stated that she had recently ended their relationship and he continued to harass her. She stated that she believed that he was involved in illegal hunting and that he consumed alcohol on a daily basis. She stated that he was verbally abusive towards her and she no longer wanted to deal with him. Ms. Mafnas indicated that she wanted to completely end their relationship, however, Mr. Ayuyu was persistent and continued to bother her and her family. Under the advise of this Officer, on August 31, 2006, Ms. Mafnas filed a complaint with the Guam Police Department under case number 06-22415. Ms. Mafnas requested assistance from the Probation Officer in retrieving her belongings from Mr. Ayuyu's residence, however, the police indicated that they could accompany and assist her. According to Guam Police Officer Mashburn, the complaint filed against Mr. Ayuyu was for Terrorizing, Family Violence, and Criminal Trespass. Officer Mashburn reported that she was in the process of having him come to the Dededo Precinct for questioning and requested the Probation Officer's assistance in contacting him. This Officer subsequently directed Mr. Ayuyu to report to the Dededo Precinct for questioning regarding Ms. Mafnas' allegations. He indicated that he did not do anything wrong and stated that the police should come to get him. Officer Mashburn was advised of Mr. Ayuyu's refusal to present himself for questioning, and she stated that she would have officers pick him up. On September 7, 2006, the Probation Officer contacted Officer Mashburn, who reported that the case was classified as a police counseling service, and Mr. Ayuyu was not questioned or arrested.

Mr. Ayuyu has satisfactorily complied with the conditions of supervision since being placed on probation. He paid his $20 special assessment fee on April 5, 2005; paid his $50 fine on May 8, 2006; and completed 40 hours of 200 community service hours . Mr. Ayuyu is presently unemployed and has been attempting to secure employment.

This Officer respectfully requests that the Court review this report as informational and impose no action at this time. Mr. Ayuyu has been warned of the consequences of future violations. His progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:

Respectfully submitted,

by: *Judy Anne L. Ocampo*

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

JUDY ANNE L. OCAMPO
U.S. Probation Officer

Date: 10/10/06

Date: 10/10/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition of Term of Supervision

[ ] Submit a Request for Warrant or Summons

[X] No Action

[ ] Other

**RECEIVED**
OCT 1 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

10/17/2006
Date